# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Plaintiff,

v.                                                               Case No: 8:22-cv-2739-JSM-CPT

CHARLES P. JUSTUS, II INC. and
STANDARD PACIFIC OF FLORIDA GP,
LLC,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **CHARLES P. JUSTUS, II INC.** in Tampa, Florida on the 10th day of January, 2023.

                                                                ELIZABETH M. WARREN, CLERK

                                                                 s/L. Richards, Deputy Clerk

Copies furnished to:

Counsel of Record